IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MANUEL QUIZHPI CAGUANA, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-534-KC |
| KRISTI NOEM et al., | § § § | |
| Respondents. | § § | |

**ORDER**

On this day, the Court considered the case. Quizhpi Caguana challenges the legality of his detention in immigration custody on constitutional and statutory grounds and asks that the Court order a bond hearing. Pet. ¶¶ 51–64, ECF No. 1. On November 11, 2025, the Court ordered Respondents to show cause why Quizhpi Caguana's Petition should not be granted. Nov. 12, 2025, Order, ECF No. 3. Respondents filed their Response, ECF No. 4, presenting a somewhat different version of events than Quizhpi Caguana.

Quizhpi Caguana alleges that he entered the United States either in 2004 or 2005 and has lived here for the last twenty years. *Id.* ¶¶ 2, 19. He also states that he has a pending U visa application with U.S. Citizenship and Immigration Services ("USCIS"), and that he has been "issued a bona fide determination," which makes him eligible for "employment authorization and deferred action while he waits for his U visa to be approved." *Id.* ¶ 4. He alleges that he has no criminal record. *Id.* ¶ 6. And that he was detained under unknown circumstances on or about November 3. *Id.*

For their part, Respondents provide evidence that on November 1, 2025, Border Patrol detained Quizhpi Caguana during "Operation Midway Blitz" in Chicago, Illinois, "on the side of

the road in a work truck." Resp. Ex. B ("Form I-213"), ECF No. 4-2.  Respondents also allege and provide documents showing that Quizhpi Caguana is subject to a final order of removal from 2004, which was issued against him in absentia under a prior alias.  Resp. 1–2, 5; Form I-213; Resp. Ex. C ("Oral Decision IJ"), ECF No. 4-3.  According to Respondents, Quizhpi Caguana has also been known as Franklin Upa-Joman and Manuel Quizhpi Guaman.  Form I-213.

These discrepancies are likely material to the Court's due process analysis.  Thus, Quizhpi Caguana must address (1) whether he has ever been known as Franklin Upa-Joman or Manuel Quizhpi Guaman; (2) what his true name is; (3) whether he is subject to a final order of removal; and (4) if so, what effect this has on his pending U visa application with USCIS.  Quizhpi Caguana must also address how these facts impact his claims for relief in this case.

For the foregoing reasons, the Court **ORDERS** that Quizhpi Caguana shall **FILE** a reply addressing the points described above, together with any supporting evidence, **by no later than December 4, 2025.**

Separately, Respondents state that "transfer of Petitioner within ICE custody is a discretionary operational call by the agency based on available resources."  Resp. 2.  Respondents are reminded that they **SHALL NOT** (1) remove or deport Quizhpi Caguana from the United States, or (2) transfer Quizhpi Caguana to any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed.  *See* Nov. 11, 2025, Show Cause Order 6.

**SO ORDERED**.

**SIGNED this 25th day of November, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE